09-UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ADAMS ARMS, INC.,

        Plaintiff,

vs.                                        Case No. 8:10-CV-146-T-27TGW

SIG SAUER, INC.,

        Defendant.
_____/

**ORDER**

**BEFORE THE COURT** is the parties' response (Dkt. 87) to the Court's April 14, 2011 Order granting Defendant's motion for summary judgment of non-infringement, which is construed as a motion to dismiss Defendant's counterclaims without prejudice and is **GRANTED**.

To the extent not rendered moot by the April 14, 2011 Order (Dkt. 86), Defendant's counterclaims are **DISMISSED** without prejudice.

The Clerk is directed to enter judgment on the Complaint (Dkt. 1) against Plaintiff Adams Arms, Inc., and in favor of Defendant Sig Sauer, Inc.

The Clerk is directed to **CLOSE** the case.

**DONE AND ORDERED** in chambers this 21st day of April, 2010.

                                                    JAMES D. WHITTEMORE
                                                    United States District Judge

Copies to:
Counsel of Record